**DISMISS and Opinion Filed August 12, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00168-CV

**TIM BRANDON, D/B/A SUPERIOR ONE TRANSPORTATION INC., Appellant**

**V.**

**RICHARDSON EAST TRIANGLE SHOPPING CENTER, LLC, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-23-08620**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Breedlove

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by July 10, 2024. By postcard dated July 12, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Maricela Breedlove/

MARICELA BREEDLOVE
JUSTICE

240168F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIM BRANDON, D/B/A
SUPERIOR ONE
TRANSPORTATION INC.,
Appellant

No. 05-24-00168-CV      V.

RICHARDSON EAST TRIANGLE
SHOPPING CENTER, LLC,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-23-08620.
Opinion delivered by Justice
Breedlove. Justices Smith and Miskel
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered August 12, 2024